IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY DALE REESE                                                                                               PLAINTIFF

v.                                                        CASE NO.  07-5227

OFFICER REYES;
SHERIFF KEITH FERGUSON;
CAPT.  HUNTER PETRAY;
CORPORAL THOMPSON                                                                                      DEFENDANTS

## O R D E R

Now before the Court is Defendants Motion to Set Aside Service of Process.  (Doc.  9). Defendants advise the Court that an employee at the Benton County Sheriff's Department accepted service for Defendant Reyes who is no longer employed at the Benton County Sheriff's Office. Defendants indicate Reyes has not received service, and the purported service of process should be set aside.

Defendants Motion to Set Aside Service of Process (Doc.  9) is hereby GRANTED. Defendants are directed to advise the Court within twenty (20) days of the date of this Order of the last known residential address of Defendant Reyes and/or any current employment address.

IT IS SO ORDERED this 4th day of April 2008.

/s/ *J.  Marschewski*
HON.  JAMES R.  MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE