IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY DALE REESE                                                                    PLAINTIFF

v.                                              CASE NO.  07-5227

OFFICER REYES;
SHERIFF KEITH FERGUSON;
CAPT.  HUNTER PETRAY;
CORPORAL THOMPSON                                                                    DEFENDANTS

**O R D E R**

Now before the Court is Defendants' Motion for Order Compelling Answers to Discovery Requests. (Doc.  25).  Defendants' seek to compel Plaintiff to complete the Medical Authorization sent to him during the course of discovery.  Plaintiff has stated he would only authorize his x-rays to be released to the Defendants.

Plaintiff's Complaint includes claims of excessive force and denial of medical care while incarcerated at the Benton County Jail.  Plaintiff has not sought a Rule 26(c) Protective Order in this case. The Court finds Plaintiff's medical records may be relevant to this case, and the information appears reasonably calculated to lead to the discovery of admissible evidence.

Accordingly, Defendants' Motion for Order Compelling Answers to Discovery Requests (Doc.  25) is hereby **GRANTED**.  **Plaintiff shall produce an executed medical authorization for the providers who treated and x-rayed him for any alleged injury and respond to the discovery requests on or before 5:00 p.m. on June 9, 2008**.  Failure to so comply may subject Plaintiff's case to dismissal for failure to obey an Order of the Court.

IT IS SO ORDERED this 9th day of May 2008.

/s/ *J.  Marschewski*
HON.  JAMES R.  MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE