IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEREMY DALE REESE                                                                                    PLAINTIFF

v.                                                 CASE NO.  07-5227

OFFICER REYES;
SHERIFF KEITH FERGUSON;
CAPT.  HUNTER PETRAY;
CORPORAL THOMPSON                                                                         DEFENDANTS

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before July 7, 2008.  Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 23rd day of May 2008.

/s/ *J.  Marschewski*
HON.  JAMES R.  MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE